LAUGHLIN *v.* SCHUYLER.

## Laughlin v. Schuyler.

1. JUDICIAL SALE: *Confirmation.* The return of the sheriff or master of a judicial sale must show that the appraisers were residents of the county in which the premises are situated.

2. ———: *In parcels.* Each lot or parcel of ground must be appraised and sold separately, or the sale will be set aside.

LAKE, J.

This is an appeal from an order confirming a sale of mortgaged premises under a decree of foreclosure.

The sale was not legally made, and there are, at least, two fatal objections to it. 1st. The return of the master does not show that the persons selected by him to appraise the premises, were residents of the county where the lands were situated, nor is there anything in the record from which this fact can be legitimately inferred. 2d. The return shows that the premises sold consisted of two city lots. They were appraised and sold together as one piece of property. Each lot or parcel of ground should have been appraised and sold separately. The sale should have been set aside. For these reasons the order of the District Court confirming the sale is set aside and the cause remanded for further proceedings.

Reversed and remanded.

*Redick & Briggs,* for appellants.